137616

RECEIVED
BY MAIL
MAY - 3 2001
CLERK US DIST COURT
ST. PAUL, MN

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 00-2741 (ADM/SRN) **Case Title:** Jones v. Brian M. Keith and Margaret R. Keith

**Affidavit of Movant**

I, Raymond L. Tahnk-Johnson an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Thomas L. Hause an attorney admitted to practice in the ________ District of Alaska, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Brian M. Keith in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] 178585 5-2-01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Thomas L. Hause am currently a member in good standing of the U.S. District Court for the ________ District of Alaska, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Thomas L. Hause [signature] April 24, 2001
Type/Print Name Signature Date

Attorney License Number: 9311076

Law Firm Name & Address: Matthews & Zahare, P.C.
431 W. 7th Avenue, Suite 207
Anchorage, Alaska 99501

Telephone: (907) 276-1516

Motion Granted: [signature] MAY 03 2001
For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED MAY 03 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________