**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**David Jones,** **Civil No. 00-2741(ADM/SRN)**

**Plaintiff,**

v.

**ORDER**

**Brian M. Keith and Margaret R. Keith,**

**Defendants.**

---

David H. Shoup, Esq., and Gregg M. Corwin, Esq., on behalf of Plaintiff.

Timothy R. Thornton, Esq., on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge on August 21, 2001, on Plaintiff's Motion for Protective Order and Order Requiring Discovery Conference (Doc. No. 113).

This Order addresses that motion.

**I. Plaintiff's Motion for Protective Order and Order Requiring Discovery Conference**

At the August 21 hearing, counsel for both parties were able to reach an agreement as to the scheduling of discovery depositions. The agreement provides for the following:

Defense counsel will take the deposition of David W. Yeakel on August 24, 2001, at 9:00 a.m. at the Hilton Eugene & Conference Center, 66 East 6th Avenue, Eugene, Oregon. Defense counsel will take Daniel Jones' deposition on August 27, 2001 at 9:30 a.m at the offices of Briggs and Morgan, 2400 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota. Plaintiff's counsel will take Margaret Keith's deposition on August 28, 2001 at 9:30 a.m. in the

AUG 24 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

same Minneapolis location.

As a result of the above agreement, the Court denies plaintiff's motion as moot.

**THEREFORE, IT IS HEREBY ORDERED that:**

Plaintiff's Motion for Protective Order and Order Requiring Discovery Conference (Doc. No. 113) is **DENIED AS MOOT.**

Dated: August 23, 2001

SUSAN RICHARD NELSON
United States Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500