**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Daniel L. Jones,

Plaintiff,

v.

**ORDER**
Civil No. 00-2741 ADM/SRN

Brian M. Keith and
Margaret R. Keith,

Defendants.

---

This matter is before the undersigned United States District Judge pursuant to Defendant Margaret R. Keith's Motion for Entry of Judgment [Doc. No. 159]. An Order dated February 25, 2002 [Doc. No. 154], granted Margaret Keith's Motion for Summary Judgment on all claims against her. However, Plaintiff Daniel L. Jones ("Jones") has claims remaining against Defendant Brian M. Keith, Margaret Keith's brother.

When presented with a motion pursuant to Fed. R. Civ. P. 54(b), a district court initially must determine that it is dealing with a "final judgment." *Curtiss-Wright Corp. v. General Elec. Co.*, 446 U.S. 1, 7 (1980). There is no doubt that the motion at issue here involves a final judgment of Jones' claims against Margaret Keith. If finality exists, a court must also consider whether there is "any just reason for delay." *Id.* at 8. The judicial administrative interests and the equities involved must be weighed. *Id.* Careful judicial administration must be taken to preserve the longstanding federal policy against piecemeal appeals. *Id.*

The factual and legal issues regarding the claims against Margaret Keith and Brian Keith are intertwined. Jones asserts the same claims against both defendants. The issues to be resolved

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

are similar.

The equities do not require an Entry of Judgment pursuant to Rule 54(b) at this point. The delay occasioned by withholding entry of judgment until the claims against Brian Keith are adjudicated will be short. The trial of the remaining portion of the case is set for May 6, 2002. Judgment will be entered in this matter on all claims in the very near future.

Based upon the foregoing, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Margaret Keith's Motion for Entry of Judgment [Doc. No. 159] is **DENIED**.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: April 9, 2002