David H. Shoup, Esq.
Tindall Bennett & Shoup, P.C.
508 W. 2nd Avenue, Third Floor
Anchorage, Alaska 99501
Telephone: (907) 278-8533
Facsimile: (907) 278-8536

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

DANIEL L. JONES,

Plaintiff,

vs.

BRIAN M. KEITH and MARGARET R. KEITH,

Defendants.

Case No. 00-2741 (ADM/SRN)

**ORDER OF DISMISSAL**

There are two defendants in this matter, Margaret R. Keith and Brian M. Keith. All of the plaintiff's claims against Margaret Keith were dismissed pursuant to her motion for summary judgment. Thereafter, the plaintiff offered to dismiss his claims against Brian Keith with both parties to bear their own costs, including any claim for attorney fees. Mr. Keith responded by notifying the Court that he was agreeing to the terms of the offer.



FILED APR 2_ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536

Therefore, the Court considers the claims by the plaintiff against Brian Keith to be dismissed, with each party to bear his own costs, including any claimed attorney's fees. In light of Mr. Keith's position that he has agreed to the dismissal on these terms, this order of dismissal will be pursuant to F.R.C.P. 41(a)(1).

IT IS SO ORDERED.

DATED at Minneapolis, Minnesota, this 22nd day of April, 2002.

THE HON. ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

I HEREBY CERTIFY THAT on the 19th day of April, 2001, I mailed/~~hand delivered~~ a true and accurate copy of he foregoing to:

Timothy R. Thornton, Esq.
Lauren E. Lonergan, Esq.
Briggs and Morgan, P.A.
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Brian M. Keith
P.O. Box 12012
Eugene, OR 97440-2012

Greg Corwin, Esq.
Corwin & Associates
1660 S. Highway 100
508 E. Parkdale Plaza
St. Louis Park, MN 55416

Tindall Bennett & Shoup

TINDALL BENNETT & SHOUP, P.C.
508 WEST 2ND AVENUE, THIRD FLOOR
ANCHORAGE, ALASKA 99501
(907) 278-8533
FAX (907) 278-8536